# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO 20-05040-TJC** |
| **Plaintiff,** | |
| vs. | |
| **JORDAN T. HALL,** | **ORDER** |
| **Defendant.** | |

Pending before the Court is the motion of the United States to vacate the initial appearance currently set for September 15, 2020, and to set collateral in this matter. (Doc. 3.) For good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $150.00 for Violation Notice FBDG007A in six installments consisting of $20.00 on the first day of each month from October 2020 through March 2021 and one installment of $30.00 on the first day of October 2020.

IT IS FURTHER ORDERED that the initial appearance currently set for September 15, 2020, at 9:00 a.m., is VACATED.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

        https://www.cvb.uscourts.gov/

DATED this 9th day of September, 2020.

                                            _____
                                            TIMOTHY J. CAVAN
                                            United States Magistrate Judge