**IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>**vs.**<br><br>**JORDAN T. HALL,**<br><br>        **Defendant.** | **PO-20-05040-BLG-TJC**<br><br><br>**ORDER**<br><br><br>**Violation No. FBDG007A**<br>**Location Code:  M6H** |

The United States has filed a motion to dismiss this action with prejudice. (Doc. 18.)  However, final payment was already received in this action on March 12, 2023, and the matter was closed.  (*See* Doc. 17.)  Accordingly, the motion to dismiss is DENIED AS MOOT.

DATED this 21st day of July, 2023.

TIMOTHY J. CAVAN
United States Magistrate Judge